**No. 49679.**—Protest 106851–K of H. S. Dorf & Co., Inc. (New York).

Opinion by TILSON, J. From the evidence submitted it was found that the

merchandise consists of knit fabric, in the piece, wholly in or chief value of silk. The claim at 55 percent was therefore sustained.